**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 6, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00498-CV

---

## JUSTIN PALMER AND ASHLEY PALMER, INDIVIDUALLY AND AS NEXT FRIENDS OF MINOR CHILD 1, MINOR CHILD 2, AND MINOR CHILD 3, Appellants

### V.

### RYAN GREEN AND MICHELLE GREEN, Appellees

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 20-CV-1297**

---

### MEMORANDUM OPINION

This is an appeal from an order signed June 10, 2022. On March 22, 2023, the parties filed a joint motion to dismiss the appeal and to set aside the judgment of the trial court. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

We dismiss the appeal and vacate the trial court's judgment. *See* Tex. R. App. P. 43.2(e).

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.